No. 75–1677. CAREY, GOVERNOR OF NEW YORK, ET AL. v. ECHEVARRIA. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for consideration of question of mootness in light of intervening legislation. 

No. 75–1756. LEBOWITZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Doyle* v. *Ohio*, 426 U. S. 610 (1976). 

No. 75–6766. COLLINS v. ARKANSAS; and

No. 75–6797. NEAL v. ARKANSAS. Sup. Ct. Ark. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated insofar as they leave undisturbed the death penalty imposed, and cases remanded for further consideration in light of *Gregg* v. *Georgia*, 428 U. S. 153 (1976); *Proffitt* v. *Florida*, 428 U. S. 242 (1976); *Jurek* v. *Texas*, 428 U. S. 262 (1976); *Woodson* v. *North Carolina*, 428 U. S. 280 (1976); and *Roberts* v. *Louisiana*, 428 U. S. 325 (1976). 

MR. JUSTICE BRENNAN, dissenting.

For the reasons stated in my dissenting opinion in *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976), the imposition and carrying out of the death penalty in these cases constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. I would therefore grant certiorari in these cases and vacate the judgments insofar as they leave undisturbed the death sentences imposed.

MR. JUSTICE MARSHALL, dissenting.

Because I consider the death penalty to be a cruel and unusual punishment forbidden by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976) (MARSHALL, J., dissenting), I would grant certiorari in these cases and vacate the judgments insofar as they leave undisturbed the sentences of death.